UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSLYVANIA

---

MARY CONNER, *on behalf of herself and all others similarly situated,*

    Plaintiff,

-against-

ALDINE RESTAURANT, LLC,

    Defendant.

Case No.: 17-CV-05663

**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

---

**PLEASE TAKE NOTICE** that the claims of Plaintiff, MARY CONNER, are hereby dismissed without prejudice, in their entirety, as against Defendant, ALDINE RESTAURANT, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), with the parties to bear responsibility for their respective fees and costs.

Dated: April 25, 2018
    New York, New York

For The Plaintiff:

By: _____
C.K. Lee, Esq. (CL 320249)
Lee Litigation Group, PLLC
30 East 39th Street, Second Floor
New York, NY 10016
Phone: (212) 465-1188

SO ORDERED:

_____
U.S.D.J.